IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**EUGENIA CAMPBELL, et al.**                                **PLAINTIFFS**

**VS.**                                      **CIVIL ACTION NO.: 4:14-cv-69-DMB-JMV**

**CITY OF INDIANOLA, et al.**                                **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling…an immunity defense … motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to a motion asserting an immunity defense …is a decision committed to the discretion of the court." L.U. Civ. R. 16(b)(3)(B). Accordingly, staying discovery not related to the immunity issue in this case is appropriate at this time. Defendants' request seeking leave of the court from the District Judge if any party seeks discovery is **DENIED**. In this District, such discovery matters are addressed by the Magistrate Judge. L.U. Civ. R. 72(b), 37(a).

**IT IS, THERFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the immunity motion. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the immunity defense motion and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 2nd day of October, 2014.

                                              /s/ Jane M. Virden
                                              **UNITED STATES MAGISTRATE JUDGE**