UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

IN THE CIRCUIT COURT OF SUNFLOWER COUNTY, MISSISSIPPI

EUGENIA CAMPBELL and DEMETRIUS CAMPBELL          PLAINTIFFS

v.                                      Case No.   4:14cv69-DMB-JMV

CITY OF INDIANOLA, MAYOR STEVE ROSENTHAL,
IN HIS INDIVIDUAL AND OFFICAL CAPACITY, CHIEF RICHARD
O'BANNON, IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY, and OFFICER SCOTT HAGERMAN, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY                  DEFENDANTS

**PLAINTIFFS' MOTION TO SUPPLEMENT PLAINTIFFS' RESPONSE
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Plaintiff Eugenia Campbell and Demetrius Campbell, by and through counsel, and file this, their MOTION TO SUPPLEMENT PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, and would show unto the Court, the following:

1. Defendants filed their Motion for Summary Judgment on or about September 25, 2014.

2. Plaintiffs filed their Response in Opposition to Defendants' Motion for Summary Judgment on or about October 16, 2014.

3. Plaintiffs' move this Court and request Not Guilty Verdicts to be added to Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment.

4. Furthermore, Plaintiffs' move this Court and request Deposition transcripts to be added to Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment.

5. Finally, it should be noted that Defendants do not oppose the instant motion.

6. Based on the foregoing, Plaintiffs' motion should be granted.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Honorable Court will grant their Motion to Supplement Response adding Not Guilty Verdicts and Deposition transcripts, based upon the reasons and logic set forth herein, as well as, the lack of opposition. Plaintiffs' also pray for all other general relief this Honorable Court deems to be fair and just.

RESPECTFULLY SUBMITTED, this the 17th day of April, 2015.

                                          Eugenia and Demetrius Campbell, Plaintiffs

                              BY:   /s Tangala L. Hollis
                                           CARLOS E. MOORE, MSB #100685
                                           TANGALA L. HOLLIS, MSB #103301

Of Counsel:

**MOORE LAW GROUP, P.C.**
P.O. BOX 1487
GRENADA, MS 38902-1487
662-227-9940 (phone)
662-227-9941 (fax)

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 17th day of April 205, I had this day served via the ECF system, and/or United States mail a true and correct copy of the above to the following counsel of record:

| | |
|---|---|
| Daniel J. Griffith, Esq. | Gary Austin, Esq. |
| Michael S. Carr, Esq. | City Attorney |
| GRIFFITH & GRIFFITH | P. O. Box 1590 |
| P. O. Drawer 1680 | Indianola, MS 38751-5398 |
| Cleveland, MS 38732 | |

THIS, the 17th day of April, 2015.

                                            /s Tangala L. Hollis
                                            CARLOS E. MOORE, ESQ.
                                            TANGALA L. HOLLIS, ESQ.
                                            DARRYL A. WILSON, ESQ.