Exhibit G - Photographs





Exhibit G - Photographs





Exhibit G - Photographs




Exhibit G - Photographs



Exhibit G - Photographs



Exhibit G - Photographs



Exhibit G - Photographs



Exhibit G - Photographs