**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**EUGENIA CAMPBELL, ET AL.**     **PLAINTIFFS**

**VS.**     **CIVIL ACTION NO.: 4:14-cv-69-DMB-JMV**

**CITY OF INDIANOLA, ET AL.**     **DEFENDANT**

## ORDER LIFTING STAY

This matter is before the court consistent with an order [17] entered on October 2, 2014, staying this case pending a ruling on the motion for summary judgment asserting an immunity defense. The District Judge entered a ruling on the motion on July 24, 2015. Accordingly, the stay should be lifted, and this action may proceed.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED** and the action will proceed to trial.

**SO ORDERED**, this the 29th day of July, 2015.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**